United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY GREEN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 4:17-CV-02102 |
| TRINITY COURIERS, INC.; TRINITY COURIERS OF HOUSTON, INC.; TRINITY COURIERS OF SAN ANTONIO, INC.; TRINITY COURIERS OF AUSTIN, INC.; and TRINITY COURIERS DFW, INC., | § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT & DISMISSAL WITH PREJUDICE

The Court has considered the Motion for Approval of Confidential Mediated Settlement Agreement & Stipulation of Dismissal With Prejudice and finds that the motion should be **GRANTED**. The Court hereby **APPROVES** the mediated settlement agreement, which disposes of all plaintiffs' claims for unpaid overtime wages, liquidated damages, attorney's fees and costs, and **DISMISSES** this case with prejudice to refiling. Except as otherwise provided in the settlement agreement, each party shall bear its own costs and fees.

Nov. 6, 2018
Date

_____
Vanessa Gilmore
United States District Judge